IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00176 |
| | ) | |
| CALVIN D. STRANGE | ) | |

**O R D E R**

It is hereby ORDERED that the United States' Motion to Partially Unseal Search Warrant Affidavits, filed October 21, 2011, Docket Entry No. 20, is DENIED. There are no search warrants filed in the instant case. Separate motions have now been filed and orders entered in case numbers 11-mj-1059 and 11-mj-1060.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge